**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00516-CV**

_____

**IN RE COMMITMENT OF CLARENCE DEWAYNE BROWN**

═══════════════════════════════════════════════

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 10-03-02609-CV**

═══════════════════════════════════════════════

**MEMORANDUM OPINION**

Clarence Dewayne Brown filed a notice of appeal from an order denying a motion. After conducting an inquiry regarding our jurisdiction, we conclude the order is not presently appealable. *See generally Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (Generally, an appeal may be taken only from a final judgment.). The appeal is dismissed for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

1

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered January 17, 2013

Before McKeithen, C.J., Gaultney and Horton, JJ.